Exhibit "B"



**Rich Rog**
Apr 20 · 👥

Some of that science stuff laying out how masks do nothing to prevent the spread of the Wuhan and they're actually harmful to your health.

Haven't seen any of that science stuff saying otherwise. Just talking heads who want to spread fear and control you. 😉

NCBI.NLM.NIH.GOV
www.ncbi.nlm.nih.gov



ℹ️ **Missing Context.** Independent fact-checkers say this information could mislead people.

**See Why**

1 Comment

 Like       Comment       Share