Exhibit "C"

Rich Roe
May 6

I'm not an anti-vaccine guy, I'm an anti-THIS vaccine guy.

We're an experiment, not being provided all the facts. We've been purposely brainwashed into begging for the vaccine to go back to normal. So pharmaceutical companies can make money and Bill Gates can begin his depopulation agenda for "climate change". They've already made BILLIONS.

The government could have sent out vitamins C and D, Zinc, and Hydroxychloriquin to the entire country instead of stimulus checks and we would have only been shut down for a little bit. But nobody makes money that way, not enough people die, and they can't implement the "Great Reset" if they didn't destroy the economy. You hear these global puppets, "Build back better". So all the medical professionals and scientists saying these simple remedies work, were censored and shamed.

I have and will remain pro-choice. My body my choice.

If someone tries putting my son on a bus and shipping him to a mass vaccine site as the all great governor Cuomo suggested, you're going to have a serious problem. 😉



FOXNEWS.COM
Tucker Carlson: How many Americans have died after taking the COVID vaccine?

 **Missing Context.** Independent fact-checkers say this information could mislead people.

See Why