Exhibit "D"



**Rich Rog**
June 13

**Dr. David Samadi** 
@drdavidsamadi

I want to ensure that everyone understands the gravity of the situation here.

Hydroxychloroquine worked this whole time.

The media said it would literally kill you if you took it simply because POTUS promoted it as a cure.

ⓘ **False Information**
The same information was checked in another post by independent fact-checkers

See Why    See Photo