IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **RICHARD ROGALINSKI,** Individually and on Behalf of the Class,<br>    Plaintiffs<br><br>-vs-<br><br>**FACEBOOK, INC.**, a Foreign Corporation,<br>    Defendant | **Case No.: 8:21-cv-01749-SDM-SPF** |

# NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), the Plaintiffs file this Notice of Related Action and hereby certify that the instant action:

\_\_\_ IS    related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

**X** IS NOT    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

Dated: July 26, 2021                             Respectfully submitted,

**METROPOLITAN LAW GROUP, PLLC**

*/s/ Andrew Z. Tapp*
**ANDREW Z. TAPP, ESQ.**
Florida Bar No.: 68002
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
(813) 228-0658
Andrew@Metropolitan.Legal

**COUNSEL FOR PLAINTIFFS**