UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD ROGALINSKI,

    Plaintiff,

v.                                             CASE NO. 8:21-cv-1749-SDM-SPF

FACEBOOK, INC.,

    Defendant.
_____/

**ORDER**

On July 19, 2021, the plaintiff sued (Doc. 1) the defendant but no proof of service appears. Because Rule 4(m), Federal Rules of Civil Procedure, requires service within ninety days after suing, the time to serve the defendants expired on October 18, 2021. Under Rule 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Further, under Rule 6(b)(1)(B):

> When an act . . . must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect.

Not later than **OCTOBER 26, 2021**, the plaintiff may move for an extension of time to serve the defendant. The motion must "show[] good cause for the failure" to serve within ninety days under Rule 4(m) and must show "excusable neglect"

under Rule 6(b) for the failure to move for an extension before expiration of the time within which to serve.  An affidavit or other verified paper must support each factual assertion; the order granting or denying the motion will disregard any unsworn factual assertion.  If the plaintiff fails to timely show both good cause and excusable neglect, an order will dismiss the action without further notice.

ORDERED in Tampa, Florida, on October 19, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE