UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD ROGALINSKI,

    Plaintiff,

v.                                                          CASE NO. 8:21-cv-1749-SDM-SPF

META PLATFORMS, INC.,

    Defendant.
_____/

## ORDER

    Richard Rogalinski sues (Doc. 1) Meta Platforms, Inc., for wrongfully "censoring" posts about COVID-19. Meta moves (Doc. 27) to dismiss the complaint or transfer the action to the Northern District of California.

    As Meta observes, Rogalinski agreed to "Terms and Community Standards," which require "any claim, cause of action, or dispute" against Meta "that arises out of or relates to these Terms or the Meta Products" to "be resolved exclusively in the United States District Court for the Northern District of California or a state court located in San Mateo County." (Doc. 27 at 4) Because the sole claim asserted in the complaint originates from Rogalinski's use of a Meta product, Meta insists that the forum-selection clause warrants transfer of this action under 28 U.S.C. § 1404(a). *See Atlantic Marine Constr. Co. v. U.S. Dist. Court for W. Dist. of Tex.*, 571 U.S. 49, 59–60 (2013) ("[A] proper application of § 1404(a) requires that a forum-selection clause be

given controlling weight in all but the most exceptional cases.") (internal citation omitted). Rogalinski concedes that Meta's argument for transfer "is well made." (Doc. 30 at 14)

For the reasons stated by Meta, the motion (Doc. 27) is **GRANTED-IN-PART**. This action is **TRANSFERRED** to the Northern District of California, San Francisco Division. The clerk must immediately forward the file to that court and close the case.

ORDERED in Tampa, Florida, on April 22, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE